AO 245A (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

V.

WEI-YUNG HSU

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: 17-cr-00603-BLF-3

The Defendant was found not guilty. IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_____
Signature of Judge

Beth Labson Freeman, United States District Judge
Name and Title of Judge

August 25, 2021
Date